# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

LUXE INTERNATIONAL INC., a Delaware corporation;
LUSSORI, INC., a Delaware corporation, and VIALUXE
INC., a Delware corporation  **ADR**

**SUMMONS IN A CIVIL CASE**

v.

JOHN MADSEN, an individual, and Does 1 through 10,

**E-FILING**

CASE NUMBER:

**C08  02241 BZ**

TO: (Name and address of defendant)

JOHN MADSEN
3223 DONNER WAY, #2B
SACRAMENTO, CA 95817l

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JENNIFER L. BARRY
LATHAM & WATKINS LLP
600 WEST BROADWAY, SUITE 1800
SAN DIEGO, CA 92101

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

APR 3 0 2008

Richard W. Wieking
CLERK

DATE

Tiffany Salinas-Harwell

_____
(BY) DEPUTY CLERK

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE

| Name of SERVER | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                    Date                                  Signature of Server

                                                          _____
                                                          Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.