1  LATHAM & WATKINS LLP
     Richard B. Ulmer Jr. (Bar No. 124561)
2    Peter P. Chen (Bar No. 111426)
   140 Scott Drive
3  Menlo Park, CA 94025
   Telephone: (650) 328-4600
4  Facsimile: (650) 463-2600
   Email: dick.ulmer@lw.com
5          peter.chen@lw.com

6  LATHAM & WATKINS LLP
     Perry J. Viscounty (Bar No. 132143)
7  650 Town Center Drive, 20th Floor
   Costa Mesa, California 92626-1925
8  Telephone: (714) 540-1235
   Facsimile: (714) 755-8290
9  Email: perry.viscounty@lw.com

10 LATHAM & WATKINS LLP
     Jennifer L. Barry (Bar No. 228066)
11 600 West Broadway, Suite 1800
   San Diego, California 92101-3375
12 Telephone: (619) 236-1234
   Facsimile: (619) 696-7419
13 Email: jennifer.barry@lw.com

14 Attorneys for Plaintiffs
   LUXE INTERNATIONAL INC., LUSSORI, INC.
15 and VIALUXE INC.

**FILED**

2008 APR 30 P 2: 01

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18                   SAN JOSE DIVISION

19

20 LUXE INTERNATIONAL INC., a Delaware     CASE NO. **C08  02241**  BZ
   corporation; LUSSORI, INC., a Delaware
21 corporation; and VIALUXE INC., a Delaware
   corporation,
22                                          PLAINTIFFS' CERTIFICATION OF
           Plaintiffs,                      INTERESTED ENTITIES OR PERSONS
23                                          PER LOCAL RULE 3-16
        v.
24
   JOHN MADSEN, an individual, and Does 1
25 through 10,

26         Defendants.

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

SD\629651.1

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

1    TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL

2  PARTIES AND THEIR ATTORNEYS OF RECORD:

3    Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following

4  listed persons, associations of persons, firms, partnerships, corporations (including parent

5  corporations) or other entities (i) have a financial interest in the subject matter in controversy or

6  in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a

7  party that could be substantially affected by the outcome of this proceeding:

8    JH Investment Partners

9    Columbus V.C. SARL

10    Lawrence Kosick

11    Edmond Taylor

12  Dated: April 30, 2008                    LATHAM & WATKINS LLP

13

14                              By: _Richd Bleh._ _____

15                                  Richard B. Ulmer Jr.
                                    Peter P. Chen
16                                  Perry J. Viscounty
                                    Jennifer L. Barry

17                                  Attorneys for Plaintiffs
                                    LUXE INTERNATIONAL INC.,
18                                  LUSSORI, INC. and VIALUXE INC.

19

20

21

22

23

24

25

26

27

28