ORIGINAL

FILED
2008 APR 30 P 2:00
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

ADR

1  LATHAM & WATKINS LLP
       Richard B. Ulmer Jr. (Bar No. 124561)
2      Peter P. Chen (Bar No. 111426)
   140 Scott Drive
3  Menlo Park, CA 94025
   Telephone: (650) 328-4600
4  Facsimile: (650) 463-2600
   Email: dick.ulmer@lw.com
5          peter.chen@lw.com

6  LATHAM & WATKINS LLP
       Perry J. Viscounty (Bar No. 132143)
7  650 Town Center Drive, 20th Floor
   Costa Mesa, California 92626-1925
8  Telephone: (714) 540-1235
   Facsimile: (714) 755-8290
9  Email: perry.viscounty@lw.com

10 LATHAM & WATKINS LLP
       Jennifer L. Barry (Bar No. 228066)
11 600 West Broadway, Suite 1800
   San Diego, California 92101-3375
12 Telephone: (619) 236-1234
   Facsimile: (619) 696-7419
13 Email: jennifer.barry@lw.com

14 Attorneys for Plaintiffs
   LUXE INTERNATIONAL INC., LUSSORI, INC.
15 and VIALUXE INC.

16              UNITED STATES DISTRICT COURT
17              NORTHERN DISTRICT OF CALIFORNIA
18                    SAN JOSE DIVISION

19

20 LUXE INTERNATIONAL INC., a Delaware    CASE NO. C08 02241 BZ
   corporation; LUSSORI, INC., a Delaware
21 corporation; and VIALUXE INC., a Delaware   PLAINTIFFS' RULE 7.1 DISCLOSURE
   corporation,                                STATEMENT
22
                   Plaintiffs,
23
        v.
24
   JOHN MADSEN, an individual, and Does 1
25 through 10,

26                 Defendants.

27

28

LATHAM & WATKINS LLP   SD\629652.1                          PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT
ATTORNEYS AT LAW
ORANGE COUNTY

1 TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL
2 PARTIES AND THEIR ATTORNEYS OF RECORD:

3   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Luxe International Inc. states that the ownership of its stock is shared among JH Investment Partners, Columbus V.C. SARL, and private individuals.

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Lussori, Inc. states that 100% of its stock is held by plaintiff Luxe International Inc.

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Vialuxe Inc. states that 100% of its stock is held by plaintiff Luxe International Inc.

Dated: April 30, 2008

LATHAM & WATKINS LLP

By: /s/ Richard B. Ulmer Jr.
Richard B. Ulmer Jr.
Peter P. Chen
Perry J. Viscounty
Jennifer L. Barry

Attorneys for Plaintiffs
LUXE INTERNATIONAL INC.,
LUSSORI, INC. and VIALUXE INC.

LATHAM&WATKINS  SD\629652.1