UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LUXE INTERNATIONAL INC., a Delaware corporation;
LUSSORI, INC., a Delaware corporation; and VIALUXE
INC., a Delware corporation

**SUMMONS IN A CIVIL CASE**

v.

JOHN MADSEN, an individual, and Does 1 through 10,

CASE NUMBER:

C08 02241 BZ

TO: (Name and address of defendant)

JOHN MADSEN
3223 DONNER WAY, #2B
SACRAMENTO, CA 958171

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JENNIFER L. BARRY
LATHAM & WATKINS LLP
600 WEST BROADWAY, SUITE 1800
SAN DIEGO, CA 92101

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

APR 2 0 2008
DATE

(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

NDCAO440

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

RICHARD B. ULMER, JR.
LATHAM & WATKINS
140 SCOTT DRIVE
MENLO PARK, CALIFORNIA  94025
Telephone: (650) 328-4600

Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| LUXE INTERNATIONAL INC., ET AL.<br><br>Plaintiff, | CASE NUMBER<br><br>C08 02241 (BZ) |
|---|---|
| JOHN MADSEN, ET AL.<br><br>Defendant. | **DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT; PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PER LOCAL RULE 3-16; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (AND ACCOMPANYING DOCUMENTS)

in the within action by personally delivering true copies thereof to the person served as follows:

    Served              : JOHN MADSEN

    By Serving          : John Madsen

    Address             : ( Business )

                          3223 Donner Way, #2 B
                          Sacramento, Ca 95817
    Date of Service     : May 1, 2008

    Time of Service     : 10:51AM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: May 1, 2008

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SACRAMENTO
Number 2008-14

Signature: _____
           SAM WAKE