UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Luxe International Inc., Lussori, Inc., and
Vialuxe, Inc.,

        Plaintiff(s),

v.

John Madsen and DOES 1-10,

        Defendant(s).

No. C 08-02241-BZ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 5/14/08

Signature _____

Counsel for Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")