**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**May 15, 2008**

**CASE NUMBER: CV 08-02241 BZ**
**CASE TITLE: LUXE INTERNATIONAL INC., ET AL.-v-JOHN MADSEN, ET AL.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN JOSE** division.

**Honorable JEREMY FOGEL** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/15/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                              Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies             Special Projects
Log Book Noted                                   Entered in Computer 5/15/08 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                           Transferor CSA