LATHAM & WATKINS LLP
  Richard B. Ulmer Jr. (Bar No. 124561)
  Peter P. Chen (Bar No. 111426)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
Email: dick.ulmer@lw.com
       peter.chen@lw.com

LATHAM & WATKINS LLP
  Perry J. Viscounty (Bar No. 132143)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290
Email: perry.viscounty@lw.com

LATHAM & WATKINS LLP
  Jennifer L. Barry (Bar No. 228066)
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: (619) 236-1234
Facsimile: (619) 696-7419
Email: jennifer.barry@lw.com

Attorneys for Plaintiffs
LUXE INTERNATIONAL INC., LUSSORI, INC.
and VIALUXE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUXE INTERNATIONAL INC., a Delaware corporation; LUSSORI, INC., a Delaware corporation; and VIALUXE INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>JOHN MADSEN, an individual, and Does 1 through 10,<br><br>        Defendants. | CASE NO. 08-CV-02241 JF<br><br>STIPULATION RE: EXTENSION OF TIME TO FILE ANSWER<br><br>(Local Rule 6-1(a)) |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

SD\632270.1

CASE NO. 08-CV-02241 JF
STIPULATION RE: EXTENSION OF TIME TO FILE ANSWER

1     Pursuant to Local Rule 6-1(a), plaintiffs Luxe International Inc., Lussori, Inc. and Vialuxe Inc. ("Plaintiffs") and defendant John Madsen hereby enter into the following stipulation:

    Plaintiffs grant Defendant an extension of time to file an answer or other response to Plaintiffs' Complaint for Preliminary and Permanent Injunctive Relief and Damages for: 1) Breach of Contract; 2) Trademark Inringement; 3) False Advertising; and 4) Unfair Competition. With this extension, Defendant shall have up to and including June 4, 2008 to file his responsive pleading.

**IT IS SO STIPULATED:**

Dated: May 20, 2008          LATHAM & WATKINS LLP

By: /s/ Jennifer L. Barry
Jennifer L. Barry
Attorneys for Plaintiffs
LUXE INTERNATIONAL INC.,
LUSSORI, INC. and VIALUXE INC.

Dated: May 20, 2008          /s/ John Madsen
John Madsen
3223 Donner Way, #2B
Sacramento, CA 95817
(916) 627-8299
Johnmadsen37@hotmail.com

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

SD\632270.1

2

CASE NO. 08-CV-02241 JF
STIPULATION RE: EXTENSION OF TIME TO FILE ANSWER

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System.

I further certify that on this same date, I caused to be sent via overnight service the attached document as a Chambers Copy to:

Hon. Jeremy Fogel
United States Courthouse
280 South 1st Street
San Jose, CA 95113

I further certify that on this same date, I caused to be sent via regular mail the attached document to:

John Madsen
3223 Donner Way, #2B
Sacramento, CA 95817

/s/ Jennifer L. Barry
Jennifer L. Barry

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

SD\632270.1

3

CASE NO. 08-CV-02241 JF
STIPULATION RE: EXTENSION OF TIME TO FILE ANSWER