UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUXE INTERNATIONAL INC., <br>             Plaintiff, <br> V. <br> JOHN MADSEN, <br>             Defendant. | Case Number CV-08-2241-JF <br><br> Case Management Conference <br><br> August 15, 2008 <br><br> CLERK'S NOTICE |

To all Parties and Attorneys of Record:

A Case Management Conference has been set on August 15, 2008 at 10:30 a.m. before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

May 28, 2008

For the Court  
Richard W. Wieking, Clerk

By: __/s/_____  
Diana Munz  
Courtroom Deputy Clerk