1  LATHAM & WATKINS LLP
     Richard B. Ulmer Jr. (Bar No. 124561)
2     Peter P. Chen (Bar No. 111426)
   140 Scott Drive
3  Menlo Park, CA 94025
   Telephone: (650) 328-4600
4  Facsimile: (650) 463-2600
   Email: dick.ulmer@lw.com
5          peter.chen@lw.com

6  LATHAM & WATKINS LLP
     Perry J. Viscounty (Bar No. 132143)
7  650 Town Center Drive, 20th Floor
   Costa Mesa, California 92626-1925
8  Telephone: (714) 540-1235
   Facsimile: (714) 755-8290
9  Email: perry.viscounty@lw.com

10 LATHAM & WATKINS LLP
     Jennifer L. Barry (Bar No. 228066)
11 600 West Broadway, Suite 1800
   San Diego, California 92101-3375
12 Telephone: (619) 236-1234
   Facsimile: (619) 696-7419
13 Email: jennifer.barry@lw.com

14 Attorneys for Plaintiffs
   LUXE INTERNATIONAL INC., LUSSORI, INC.
15 and VIALUXE INC.

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                           SAN JOSE DIVISION

19

| 20 | LUXE INTERNATIONAL INC., a Delaware corporation; LUSSORI, INC., a Delaware corporation; and VIALUXE INC., a Delaware corporation, | CASE NO. 08-CV-02241 JF |
|----|---|---|
| 21 | | |
| 22 | | CERTIFICATE OF SERVICE OF STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES |
| 23 | Plaintiffs, | |
| 24 | v. | |
| 25 | JOHN MADSEN, an individual, and Does 1 through 10, | |
| 26 | Defendants. | |

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

SD\633840.1

CASE NO. 08-CV-02241 JF
CERTIFICATE OF SERVICE OF STANDING ORDER

**CERTIFICATE OF SERVICE**

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action.

I certify that on June 3, 2008, I served the following documents:

**STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES**

**CLERK'S NOTICE DATED MAY 28, 2008 SETTING CASE MANAGEMENT CONFERENCE**

by causing true and correct copies of those documents to be sent via U.S. mail to the Defendant at the following address:

John Madsen
3223 Donner Way, #2B
Sacramento, CA 95817

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 3, 2008                LATHAM & WATKINS LLP

By:    /s/ Jennifer L. Barry
    Jennifer L. Barry
    Attorneys for Plaintiffs
    LUXE INTERNATIONAL INC.,
    LUSSORI, INC. and VIALUXE INC.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

SD\633840.1

CASE NO. 08-CV-02241 JF
CERTIFICATE OF SERVICE OF STANDING ORDER