1  Case Name: *Luxe, et al. v. Madsen*
   Case No: U.S. District Court, Northern District of California, 08 CV 02241 JF
2

3                           **CERTIFICATE OF SERVICE**

4              I declare as follows:

5              On June 4, 2008, I served the within documents:

6              **DEFENDANT JOHN MADSEN'S ANSWER AND COUNTERCLAIMS**

7
               ☒    by personally delivering the document(s) listed above to the person(s) at
8                   the address(es) set forth below at  2 : 40  p.m.

9
   Latham & Watkins LLP
10 Richard B. Ulmer Jr.
   Peter P. Chen
11 140 Scott Drive
   Menlo Park, California 94025
12 Telephone: (650) 328-4600
   Facsimile: (650) 463-2600
13 E-mail: dick.ulmer@lw.com
           peter.chen@lw.com
14

15 *Attorneys for Plaintiffs*

16             I declare under penalty of perjury that the statements in this certificate of service

17 are true.

18             Executed on June 4, 2008, at 140 Scott Drive, Menlo Park, California.

19

20                                             _____
                                               John Madsen
21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

FILED
2008 JUN -4 P 3:20
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.