...

1 | LATHAM & WATKINS LLP
    Perry J. Viscounty (Bar No. 132143)
2 | 650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
3 | Telephone: (714) 540-1235
Facsimile: (714) 755-8290
4 | Email: perry.viscounty@lw.com

5 | LATHAM & WATKINS LLP
    Jennifer L. Barry (Bar No. 228066)
6 | 600 West Broadway, Suite 1800
San Diego, California 92101-3375
7 | Telephone: (619) 236-1234
Facsimile: (619) 696-7419
8 | Email: jennifer.barry@lw.com

9 | Attorneys for Plaintiffs
LUXE INTERNATIONAL INC., LUSSORI, INC.
10 | and VIALUXE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUXE INTERNATIONAL INC., a Delaware corporation; LUSSORI, INC., a Delaware corporation; and VIALUXE INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOHN MADSEN, an individual, and Does 1 through 10,<br><br>    Defendants. | CASE NO. 08-CV-02241 JF<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, ALL ASSOCIATED DEADLINES AND ADR PROCEEDINGS |

       Plaintiffs Luxe International Inc., Lussori, Inc. and Vialuxe Inc. and defendant John Madsen hereby stipulate and respectfully request that the Court continue the Case Management Conference, currently set for August 15, 2008 at 10:30 a.m., for 30-45 days, to permit the parties to complete the settlement negotiations that are currently ongoing. The parties further stipulate and request that all deadlines associated with the current CMC date be continued as well, including the ADR phone conference and Early Settlement Conference, so that the

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

SD\640267.1

CASE NO. 08-CV-02241 JF
STIPULATION TO CONTINUE CMC

1  parties are not required to incur unnecessary fees and expense pending the completion of the
2  settlement.

3              **IT IS SO STIPULATED.**

4  Dated: July 23, 2008                          LATHAM & WATKINS LLP

5
6                                               By: /s/ Jennifer L. Barry
                                                    Jennifer L. Barry
7                                                   Attorneys for Plaintiffs
                                                    LUXE INTERNATIONAL INC.,
8                                                   LUSSORI, INC. and VIALUXE INC.

9
10 Dated: July 22, 2008                          /s/ John Madsen
                                                 John Madsen
11                                               3223 Donner Way, #2B
                                                 Sacramento, CA 95817
12                                               (916) 627-8299
                                                 Johnmadsen37@hotmail.com
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System.

I further certify that on this same date, I caused to be sent via overnight service the attached document as a Chambers Copy to:

                Hon. Jeremy Fogel
              United States Courthouse
              280 South 1st Street
              San Jose, CA 95113

I further certify that on this same date, I caused to be sent via regular mail the attached document to:

                John Madsen
              3223 Donner Way, #2B
              Sacramento, CA 95817

                                            /s/ Jennifer L. Barry
                                              Jennifer L. Barry

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

SD\640267.1

3

CASE NO. 08-CV-02241 JF
STIPULATION TO CONTINUE CMC

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUXE INTERNATIONAL INC., a Delaware corporation; LUSSORI, INC., a Delaware corporation; and VIALUXE INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN MADSEN, an individual, and Does 1 through 10,<br><br>Defendants. | CASE NO. 08-CV-02241 JF<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE, ALL ASSOCIATED DEADLINES AND ADR PROCEEDINGS |

IT IS HEREBY ORDERED, pursuant to the parties' stipulation filed on July 23, 2008, that the Case Management Conference currently scheduled for August 15, 2008 at 10:30 a.m. is continued to _____, 2008, at _____, to permit the parties to complete their settlement negotiations. All deadlines associated with the current CMC date are hereby continued, including the ADR phone conference and Early Settlement Conference.

**IT IS SO ORDERED.**

Dated: _____

U.S. DISTRICT COURT JUDGE

SD\640758.1

CASE NO. 08-CV-02241 JF