1

2

3                                                                    **E-filed 8/8/08**

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12   LUXE INTERNATIONAL INC., a Delaware          CASE NO. 08-CV-02241 JF
     corporation; LUSSORI, INC., a Delaware
13   corporation; and VIALUXE INC., a Delaware
     corporation,                                 ORDER CONTINUING CASE
14                                                MANAGEMENT CONFERENCE, ALL
                    Plaintiffs,                   ASSOCIATED DEADLINES AND ADR
15                                                PROCEEDINGS
            v.
16
     JOHN MADSEN, an individual, and Does 1
17   through 10,

18                  Defendants.

19

20          IT IS HEREBY ORDERED, pursuant to the parties' stipulation filed on July 23,

21   2008, that the Case Management Conference currently scheduled for August 15, 2008 at 10:30

22   a.m. is continued to ___10/3_____, 2008, at ___10:30___, to permit the parties to complete

23   their settlement negotiations.  All deadlines associated with the current CMC date are hereby

24   continued, including the ADR phone conference and Early Settlement Conference.

25          **IT IS SO ORDERED.**

26   Dated: __8/8/08_____

27                                                U.S. DISTRICT COURT JUDGE
                                                  Jeremy Fogel
28

SD\640758.1                                                    CASE NO. 08-CV-02241 JF