LATHAM & WATKINS LLP
   Perry J. Viscounty (Bar No. 132143)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290
Email: perry.viscounty@lw.com

LATHAM & WATKINS LLP
   Jennifer L. Barry (Bar No. 228066)
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: (619) 236-1234
Facsimile: (619) 696-7419
Email: jennifer.barry@lw.com

Attorneys for Plaintiffs
LUXE INTERNATIONAL INC., LUSSORI, INC.
and VIALUXE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUXE INTERNATIONAL INC., a Delaware corporation; LUSSORI, INC., a Delaware corporation; and VIALUXE INC., a Delaware corporation,<br><br>         Plaintiffs,<br><br>   v.<br><br>JOHN MADSEN, an individual, and Does 1 through 10,<br><br>         Defendants. | CASE NO. 08-CV-02241 JF<br><br>STIPULATION TO DISMISS COMPLAINT AND COUNTERCLAIMS |

SD\650914.1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

CASE NO. 08-CV-02241 JF
STIPULATION TO DISMISS

1  Plaintiffs Luxe International Inc., Lussori, Inc. and Vialuxe Inc. hereby request
2  that the Court dismiss their Complaint.
3  Defendant John Madsen hereby requests that the Court dismiss his Counterclaims.

4  Dated: September 24, 2008        LATHAM & WATKINS LLP

6  By: /s/ Jennifer L. Barry
   Jennifer L. Barry
7  Attorneys for Plaintiffs
   LUXE INTERNATIONAL INC.,
   LUSSORI, INC. and VIALUXE INC.

9  Dated: September 23, 2008        /s/ John A. Madsen
   John Madsen
10 3223 Donner Way, #2B
   Sacramento, CA 95817
11 (916) 627-8299
   Johnmadsen37@hotmail.com

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY
SD\650914.1

CASE NO. 08-CV-02241 JF
STIPULATION TO DISMISS

**CERTIFICATE OF SERVICE**

1

2

3     I hereby certify that on September 24, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System.

4

5     I further certify that on this same date, I caused to be sent via email the attached document to the Chambers of the Honorable Jeremy Fogel, at the following address:

6     JFpo@cand.uscourts.gov

7     I further certify that on September 25, 2008, I will cause to be sent via regular mail the attached document to:

8

9     John Madsen
3223 Donner Way, #2B
Sacramento, CA 95817

10

11     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on September 24, 2008.

12     /s/ Jennifer L. Barry
Jennifer L. Barry

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

SD\650914.1

CASE NO. 08-CV-02241 JF
STIPULATION TO DISMISS

# EXHIBIT A

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUXE INTERNATIONAL INC., a Delaware corporation; LUSSORI, INC., a Delaware corporation; and VIALUXE INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>JOHN MADSEN, an individual, and Does 1 through 10,<br><br>　　　　　Defendants. | CASE NO. 08-CV-02241 JF<br><br>ORDER DISMISSING COMPLAINT AND COUNTERCLAIMS |

IT IS HEREBY ORDERED, pursuant to the parties' stipulation filed on September 24, 2008, that Plaintiffs' Complaint and Defendant's Counterclaims are DISMISSED.

**IT IS SO ORDERED.**

Dated:  9/26/08

_____
U.S. DISTRICT COURT JUDGE

SD\651249.1

CASE NO. 08-CV-02241 JF